UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MICHAEL ANTHONY DOUGLAS BORASH,

          Plaintiff,

  v.

YAKIMA COMPETENCY RESTORATION CENTER, et al.,

          Defendants.

Case No. C21-1633-JCC

ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS

Because Plaintiff does not appear to have funds available to afford the $402 filing fee, Plaintiff financially qualifies for *in forma pauperis* (IFP) status pursuant to 28 U.S.C. § 1915(a)(1).  Therefore, Plaintiff's IFP application, Dkt. 1, is GRANTED.  However, the undersigned recommends review by the assigned District Judge under 28 U.S.C. § 1915 (e)(2)(B).  The Clerk of the Court is directed to send a copy of this Order to Plaintiff and to the assigned District Judge.

Dated this 8th day of December, 2021.

*S. Kate Vaughan* (signature)

S. KATE VAUGHAN
United States Magistrate Judge

- 1